UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRETT J. MAKOVINEY,

                  Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                  Defendant.

Case No. 11-5229 RBL-KLS

REPORT AND RECOMMENDATION

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #17). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand The administrative law judge (ALJ) will reevaluate all of the medical evidence, including the opinions from Dr. Campbell and Dr. Hoskins, and will, if necessary, assist the claimant in obtaining any missing medical records; the ALJ will reevaluate the claimant's limitations, subjective complaints, allegations, and all of the medical records as they relate to the relevant period, and provide the claimant with an opportunity to provide additional testimony; the ALJ will reevaluate the lay witness testimony of Brian Makoviney; the ALJ will reevaluate the claimant's residual functional capacity; and the

REPORT AND RECOMMENDATION - 1

ALJ will conduct a new sequential evaluation process, obtaining supplemental medical and/or vocational expert testimony as necessary.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 8th day of November, 2011.

Karen L. Strombom
United States Magistrate Judge