UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRET J. MAKOVINEY,

      Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

Case No. 11-5229 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #18] recommending that this case be remanded, based on the stipulation of the parties [ECF #17].  It is therefore ORDERED

(1)  The Court ADOPTS the Report and Recommendation;

(2)  The Court REVERSES and REMANDS for further administrative proceedings; and

(3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 9th day of November, 2011.

          _____
          RONALD B. LEIGHTON
          UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1